[No. 48573-3-I. Division One. February 10, 2003.]

SNOHOMISH COUNTY, *Respondent*, v. DEBRA S. CONNELLY, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 01-2-02454-8, Larry E. McKeeman, J., entered April 24, 2001. *Affirmed* by unpublished opinion per Cox, A.C.J., concurred in by Baker and Schindler, JJ.

[No. 49370-1-I. Division One. February 10, 2003.]

THE STATE OF WASHINGTON, *Appellant*, v. ROBERT LEE ADAMS, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-10178-0, Carol A. Schapira, J., entered September 24, 2001. *Reversed* by unpublished per curiam opinion.

[No. 49573-9-I. Division One. February 10, 2003.]

*In the Matter of the Personal Restraint of* DAVID ACKLEY, *Petitioner*.

Petition for relief from personal restraint. *Denied* by unpublished opinion per Schindler, J., concurred in by Baker and Kennedy, JJ.

[No. 49598-4-I. Division One. February 10, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. ALEMAYEHU FIKRE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-04597-7, Joan E. DuBuque, J., entered October 26, 2001. *Affirmed* by unpublished per curiam opinion.